UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MEGAN HUMPHREYS<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-cv-5424-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion, and with no opposition from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 15, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including November 29, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by December 6, 2010.

DATED this 15th day of October 2010.

*/s/ J. Richard Creatura*

J. Richard Creatura
United States Magistrate Judge

Page 1    ORDER - [3:10-cv-05424-JRC]