UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| MEGAN HUMPHREYS, | Civil No. 3:10-CV-05424-JRC |
| Plaintiff, | ORDER OF REMAND |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will conduct a de novo hearing. No specific aspect of the Commissioner's final decision is affirmed. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available. The ALJ and Plaintiff may also raise and pursue any additional issues.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. §§ 1920, 2412(d).

DATED this 18th day of November 2010.

J. Richard Creatura
United States Magistrate Judge