U.S. District Court Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MEGAN HUMPHREYS, | CIVIL NO. C10-5424JRC |
| Plaintiff, | AGREED ORDER RE EAJA FEES AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on the Stipulation of the parties, it is hereby

ORDERED that Plaintiff is hereby awarded EAJA fees of $3,151.99 and expenses in the sum of $17.13 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check(s) shall be mailed to Plaintiff's attorney's office: <u>Jeanette Laffoon, 410-A South Capitol Way, Olympia, WA  98501</u>. Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

DATED this 22nd day of December, 2010.

*/s/ J. Richard Creatura*
J. Richard Creatura
United States Magistrate Judge

AGREED ORDER RE EAJA FEES    - Page 1
[C10-5424JRC]